1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9           **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11   MARCOS EDUARDO MENDIOLA, | CASE NO. 09cv1442-MMA(AJB) |
| 12                 Plaintiff, | |
| 13        vs. | **ORDER DENYING PETITIONER'S APPLICATION FOR CERTIFICATE OF APPEALABILITY** |
| 14   JEANNE WOODFORD, Director of | |
| 15   Corrections, et al., | [Doc. No. 34] |
| 16               Defendant. | |

17      Petitioner Marcos Eduardo Mendiola, a state prisoner proceeding *pro se*, filed a petition for

18 writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Doc. No. 1] challenging his state court

19 convictions for first-degree murder with special circumstances and carjacking.  Respondent filed an

20 answer to the first amended petition [Doc. No. 12], and Petitioner filed a traverse [Doc. No. 18].

21 Subsequent to transfer from the Central District of California, the matter was referred to United

22 States Magistrate Anthony J. Battaglia for preparation of a Report and Recommendation pursuant to

23 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.3.  On March 29, 2010, the undersigned adopted

24 the Report and Recommendation, denied the petition, and determined that a certificate of

25 appealability should not issue in this case.  The Court concluded that Petitioner did not make a

26 substantial showing of a the denial of a constitutional right and that reasonable jurists would not

27 disagree.  28 U.S.C. § 2253; Fed. R. App. P. 22(b).

28      Currently before the Court is Petitioner's application for a Certificate of Appealability,

1    received and filed subsequent to the Court's March 29, 2010 order declining to issue a certificate.

2    Upon due consideration of Petitioner's present application, the Court finds no reason to amend its

3    prior order.  Therefore, for the reasons set forth in the Report and Recommendation and the Court's

4    March 29, 2010 order, Petitioner has not made a substantial showing of the denial of a constitutional

5    right.  Accordingly, a certificate of appealability should not issue in this action and Petitioner's

6    application is **DENIED**.

7           **IT IS SO ORDERED**.

8    DATED:  May 11, 2010

9

10                                                          Hon. Michael M. Anello
                                                            United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

09cv1442